# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/ Distribution less than $5 for Deposit
Debtor: **DETERS, JOSEPH & JUDITH**

Chapter 13 Case No. **05-48717**
jointly administered

Please Check One:
_X_ Unclaimed Dividends
___ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| JOSEPH & JUDITH DETERS<br>732 HIGHT ST<br>SAUK CENTRE, MN 56378 | DEBTOR REFUND | $50.00 | $50.00 |

**TOTAL TO CLERK'S FUND** $50.00

| **February 1, 2011** | /s/ Kyle L Carlson |
|---|---|
| DATE | TRUSTEE |